# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2024

*The Court of Appeals hereby passes the following order*

**A24I0228. IN THE INTEREST OF N. O. et al., CHILDREN (MOTHER) .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

210113 210112 210111 210110 210109 210108 210107 210106 210105



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 26, 2024.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*